**Order entered October 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01231-CV

### JOHN S. STRITZINGER, Appellant

### V.

### CHRISTINA TRUST, Appellee

**On Appeal from the**
**Travis County, Texas**
**Trial Court Cause No.**

## ORDER

On the Court's own motion, this appeal is **ABATED** pending resolution of appellant's

motion to transfer by the Supreme Court.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE